# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET WHITTIER,<br><br>　　　　　Plaintiff,<br>v.<br>DIVERSIFIED RECOVERY BUREAU, LLC,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-02605-JAM-KJN<br><br>(Case assigned to Hon. John A. Mendez)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS AND COMPEL BINDING ARBITRATION<br><br>Complaint Filed:　9/24/2018<br>Hearing Date:　December 4, 2018<br>Time:　1:30 p.m.<br>Dept.:　6<br>Trial Date:　None |

Before this Court a Stipulation between Plaintiff Janet Whittier ("Plaintiff") and Defendant Diversified Recovery Bureau, LLC ("Diversified") (collectively the "Parties"), wherein the Parties have stipulated that this case be stayed and that the two parties be compelled to mandatory binding arbitration.

The Court has considered the Parties' Stipulation, and for good cause appearing, IT IS HEREBY ORDERED that the Parties are compelled to participate in mandatory binding arbitration and that this case is stayed pending the final award of that arbitration. *The hearing on Defendants motion to dismiss, scheduled for December 4, 2018 is vacated. The Parties are to file a status report within five days of a final order in the arbitration.*

-1-

[PROPOSED] ORDER GRANTING STIPULATION TO COMPEL ARBITRATION

This Court hereby retains jurisdiction to enter any award, as necessary.

**IT IS SO ORDERED.**

Dated: __11-20__, 2018      _____
HON JON A. MENDEZ, DISTRICT JUDGE